# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSE LUIS GONZALEZ and GERARDO
HORTA OCANA,

       Plaintiffs,

v.                                        Case No:   6:18-cv-1294-Orl-31TBS

AGAVE METAL TRADING LLC and
MANUEL A. KEESEE,

       Defendants.

## ORDER

Upon consideration of the unopposed Report and Recommendation of Magistrate Judge Smith (Doc. 32), it is

**ORDERED** that the Report is confirmed and adopted as a part of this order. Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 31) is **GRANTED** and Plaintiffs are awarded $6,987.50 in attorney fees and $775.00 in costs.

The Clerk is directed to enter judgment for Plaintiffs against Defendants in the amount of $150,000.00 principal, $5,733.45 interest, $6,987.50 fees, and $775.00 costs, for a total of $163,495.95. After entry of judgment, the Clerk shall close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 27, 2019.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party